


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICROSOFT CORPORATION,

    Plaintiff,

v.

NETKRAFT, INC., *et al.*

    Defendants.

Civil Action No. 3:13-cv-224

## ORDER FOR STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS

Pursuant to the stipulation of Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Netkraft, Inc. and Sunil Tekriwal ("Defendants"), the Court hereby orders that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a)     unauthorized imitating and copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1)     1,200,236 ("MICROSOFT");

    (2)     1,256,083 ("MICROSOFT");

    (3)     1,872,264 ("WINDOWS"); and

    (4)     2,744,843 (COLORED FLAG DESIGN);

- 2 -

or the software programs, components, EULA, items or things protected by Certificate of Copyright Registration No. TX-6-508-905 ("Windows Vista"); and any other works now protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights as set forth in paragraph (a); and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO ORDERED.**

Dated this **30** day of **Sept** 20**13**.

/s/
**HENRY E. HUDSON**
**UNITED STATES DISTRICT COURT JUDGE**